*This case was not selected for publication in the Federal Reporter*

**UNPUBLISHED**

**Donald Terrell RICE, Petitioner—Appellant,**

v.

**Terry O'BRIEN, Warden, United States Penitentiary—Lee, Respondent—Appellee.**

**No. 06–7551.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 4, 2006.

Donald Terrell Rice, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Terrell Rice, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rice v. O'Brien,* Nos. 7:06–cv–00464–sgw;

9:06–cv01741–MBS (W.D.Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*